**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MINDI SWARTZEL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:17-cv-224-J-32JBT

THE SHERIFF OF COLUMBIA
COUNTY, FLORIDA, MARK
HUNTER and JUAN CRUZ,

    Defendants.

---

## **O R D E R**

This case is before the Court on Defendant Sheriff Mark Hunter's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim ("Hunter Motion") (Doc. 17), Defendant Deputy Sheriff Juan Cruz's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim ("Cruz Motion") (Doc. 18), and Plaintiff Mindi Swartzel's responses thereto (Docs. 25 & 26). On October 17, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 28) recommending that the Cruz Motion be granted, Count I of the Amended Complaint (Doc. 16) be dismissed without prejudice, Count II of the Amended Complaint be dismissed with prejudice, and the Hunter Motion be denied as moot. On October 30, 2017, Plaintiff filed an

Objection to the Recommended Order (Doc. 29) on the ground that Count I of the Amended Complaint should be remanded to state court as opposed to being dismissed. On October 31, 2017, the parties filed a Joint Motion for Relief from Case Management and Scheduling Order and Referral to Mediation (Doc. 30), in which Defendants stated they will not be filing any objections, and do not oppose Plaintiff's request to have Count I remanded to state court. Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 28), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 28) is **ADOPTED in part** as the opinion of the Court. Except as to its recommended disposition of Count I of the Amended Complaint, which is described below, the Court adopts the Report and Recommendation in full.

2. The Cruz Motion (Doc. 18) is **GRANTED**. Accordingly, Count II of the Amended Complaint (Doc. 16) is **DISMISSED with prejudice**. Defendant Deputy Sheriff Juan Cruz should be terminated as a defendant in the case.

3. Count I of the Amended Complaint (Doc. 16) is **REMANDED** to the Circuit Court of the Third Judicial Circuit, in and for Columbia County, Florida, and the Hunter Motion (Doc. 17) is carried with the case.

4. After remand has been effected, the Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of November, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record